# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10654-TPA |
|     Holly Lynn Meier, | : | |
|         Debtor | : | Chapter 13 |
| | : | |
|     Holly Lynn Meier, | : | Related to Document No. 26 |
|         Movant | : | |
| | : | |
| v. | : | |
| | : | |
|     M&T Bank, | : | |
| | : | |
| AND | : | |
| | : | |
|     Ronda J. Winnecour/Esquire | : | |
|     Chapter 13 Trustee, | : | |
|         Respondents | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *LOSS MITIGATION ORDER* by First-Class Mail, U.S. Postage Paid on the parties below*.

September 13, 2017

By: /s/ Kathryn Schwartz
KATHRYN SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

# MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

M&T Bank
One Fountain Plaza
Third Floor
Buffalo, NY 14203

Holly Lynn Meier
465 Millburn Road
Mercer, PA 16137