FILED
10/13/17 12:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10654-TPA |
| Holly Lynn Meier | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 10/12/2017 |
| | : | Time: 11:00 |

### PROCEEDING MEMO

**MATTER:**   #28 Status Conf. on LMP Status Rpt.

**APPEARANCES:**
  Debtor:   Daniel P. Foster
  Trustee:   Richard Bedford
  M&T Bank:   James Warmbrodt (video)

**NOTES:**

Foster:   Hit some roadblocks. No single point of contact or acknowledgement of packet had not happened.

Warmbrodt:   Documents have been filed.

**OUTCOME:**   New LMP Order to be issued restarting deadlines.

*/s/ [signature]*

jlm