# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10654-TPA |
| Holly Lynn Meier, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Holly Lynn Meier, | : | Related to Document No. 35 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| M&T Bank, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *LOSS MITIGATION ORDER* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>October 17, 2017</u>        By: <u>/s/ Kathryn Schwartz</u>
                                          KATHRYN SCHWARTZ, PARALEGAL
                                          FOSTER LAW OFFICES
                                          Po Box 966
                                          Meadville, PA 16335
                                          Tel 814.724.1165
                                          Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

# MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

M&T Bank
One Fountain Plaza
Third Floor
Buffalo, NY 14203

Holly Lynn Meier
465 Millburn Road
Mercer, PA 16137