Form 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Holly Lynn Meier** | : | Case No. 17−10654−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| M&T Bank | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 3 |
| v. | : | |
| Holly Lynn Meier | : | |
| *Respondent.* | : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  April 2, 2018 .

Dated: March 19, 2018

Lylenn Fox
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 17-10654-TPA
Holly Lynn Meier                                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1       User: lfin         Page 1 of 1       Date Rcvd: Mar 19, 2018
                 Form ID: 128    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
db          +Holly Lynn Meier,    465 Millburn Road,    Mercer, PA 16137-3825
aty         +Daniel P. Foster,    Foster Law Offices,    PO Box 966,    Meadville, PA 16335-6966
            +Barbara J. Lamka, Coll & Recovery Spec II,    M&T,    475 Crosspoint Parkway,
              Buffalo, NY 14068-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
      Daniel P. Foster    on behalf of Debtor Holly Lynn Meier dan@mrdebtbuster.com,
      clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                            TOTAL: 4