# CERTIFICATE OF SERVICE

I hereby certify that on  07/16/2018   I have served a copy of this Notice and all attachments to the following:

By U.S. Mail, postage pre paid

Debtor:  HOLLY MEIER, 465 MILLBURN ROAD, MERCER PA 16137

By CM/ECF

Debtor's Attorney:  DANIEL P FOSTER

Trustee:  RONDA J WINNECOUR

/s/ Chris O'Hara
M & T Bank