## CERTIFICATE OF SERVICE

I hereby certify that on _____ I have served a copy of this Notice and all attachments to the following:

By U.S. Mail, postage pre paid

Debtor:

By CM/ECF

Debtor's Attorney:

Trustee:

/s/ Chris O'Hara
M & T Bank