# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Holly Lynn Meier |
|---|---|
| CASE NO. | 17-10654-TPA |
| RELATED TO DOCUMENT NO. | Notice of Mortgage Payment Change Re: Claim No. 3 of M&T Bank dated 8/16/2018 and Doc. # 63 Certificate of Service |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change Re: Claim No. 3 of M&T Bank and the Certificate of Service for the Notice of Mortgage Payment Change that you submitted have been accepted for filing. However, these documents fail to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Notice of Mortgage Payment Change dated 8/16/2018 Re: Proof of Claim No. 3 of M&T Bank and the Certificate of Service do not comply with W.PA.LBR 5005-13(d), which requires all PDF documents to be flattened. In addition, the Certificate of Service filed at document no. 63 does not comply with W.PA.LBR 9004-1 regarding captions.

You must file a Notice of Mortgage Payment Change and Certificate of Service within ten (10) days of the date of this notice.

Failure to meet this deadline may result in the Notice of Mortgage Payment Change and Certificate of Service being stricken.

This deadline does not affect any other deadlines in the bankruptcy case.

|  |  |  |
|---|---|---|
| August 20, 2018 | By: | Connie Ulysse |
| Date |  | Deputy Clerk |

cm: Debtor, Daniel P. Foster, Esq., Ronda J. Winnecour, Esq., James Warmbrodt, Esq., M&T Bank, Attn: Melissa E. Frantz, 475 Crosspoint Parkway, Buffalo, NY 14068, M&T Bank, Attn: Christopher O'Hara, 475 Crosspoint Parkway, Getzville, NY 14068, and Office of the U.S. Trustee

#106c-I

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 17-10654-TPA
Holly Lynn Meier                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy          Page 1 of 1          Date Rcvd: Aug 20, 2018
                              Form ID: pdf901      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2018.
db             +Holly Lynn Meier,    465 Millburn Road,    Mercer, PA 16137-3825
               ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M&T Bank,    Attn: Melissa E. Frantz,    475 Crosspoint Parkway,
                   Buffalo, NY  14068)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 21 2018 02:16:35     Office of the U.S. Trustee,
                 1001 Liberty Avenue, Suite 970,    Pittsburgh, PA 15222-3721
                                                                                       TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*              ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                 (address filed with court: M&T Bank,    Attn: Christopher O'Hara,    475 Crosspoint Parkway,
                   Getzville, NY  14068)
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Holly Lynn Meier dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                      TOTAL: 4