**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CASE NAME | Holly Lynn Meier |
| CASE NO. | 17-10654-TPA |
| RELATED TO DOCUMENT NO. | 75 |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Certificate of Service for the Notice of Mortgage Payment Change Regarding Proof of Claim No. 3 filed by M&T Bank on January 17, 2019 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Certificate of Service does not contain a complete case caption, as required by W.PA.LBR 9004-1.

You must file a Certificate of Service within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in the bankruptcy case.

| January 18, 2019 | By: | Connie Ulysse |
|---|---|---|
| Date | | Deputy Clerk |

cm:  Austin Landis, M&T Bank, 475 Crosspoint Parkway, Getzville, NY 14068; Melissa E. Frantz, M&T Bank, 475 Crosspoint Pkwy., Getzville, NY 14068; James Warmbrodt, Esq.; Daniel P. Foster, Esq.; Ronda J. Winnecour, Esq. and the Office of the U.S. Trustee

#104c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Holly Lynn Meier  
    Debtor

Case No. 17-10654-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Jan 18, 2019  
                   Form ID: pdf901    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2019.
         +Austin Landis,   M&T Bank,   475 Crosspoint Parkway,   Getzville, NY 14068-1609
         +Melissa E. Frantz,   475 Crosspoint Pkwy.,   Getzville, NY 14068-1609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:
       Daniel P. Foster    on behalf of Debtor Holly Lynn Meier dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                     TOTAL: 4