**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CASE NAME** | Holly Lynn Meier |
| **CASE NO.** | 17-10654-TPA |
| **RELATED TO DOCUMENT NO.** | 81 |

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Certificate of Service for the Notice of Mortgage Payment Change Re: Claim No. 3 of M&T Bank filed on April 19, 2019 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

You must file a Certificate of Service, with a complete case caption in compliance with W.PA.LBR 9004-1, within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

| | | |
|---|---|---|
| April 22, 2019 | By: | Connie Ulysse |
| Date | | Deputy Clerk |

cm: M&T Bank, Attn: Austin Landis, 475 Crosspoint Parkway, Getzville, NY 14068

#104c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Holly Lynn Meier  
    Debtor  

Case No. 17-10654-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 1      Date Rcvd: Apr 22, 2019  
                     Form ID: pdf901      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
```
                ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
                  (address filed with court:  M&T Bank,   Attn: Austin Landis,   475 Crosspoint Parkwway,
                    Getzville, NY  14068)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Holly Lynn Meier dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```