# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CASE NAME** | **Holly Lynn Meier** |
| **CASE NO.** | **17-10654-TPA** |
| **RELATED TO DOCUMENT NO.** | **Notice of Mortgage Payment Change filed on Nov. 18, 2019** |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change Re: Claim No. 3 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The attached document was for another bankruptcy case in another district. The filing party must ensure to re-file the attached document in the appropriate district, if applicable. The Notice of Mortgage Payment Change Re: Claim No. 3 of M&T Bank must be filed with this court, ensuring that the document is text-searchable.

You must file the Notice of Mortgage Payment Change within ten (10) days of the date of this notice.

Failure to meet this deadline may result in the Notice of Mortgage Payment Change being stricken from the record.

This deadline does not affect any other deadlines in the bankruptcy case.

| | | |
|---|---|---|
| _____November 18, 2019_____ | By: | _____Connie Ulysse_____ |
| Date | | Deputy Clerk |

Copy sent to: Debtor, Debtor's Counsel, Ronda J. Winnecour, Esq., James Warmbrodt, Esq., M&T Bank, Attn: Melissa E. Frantz, 475 Crosspoint Parkway, Buffalo, NY 14068, and M&T Bank, Attn: Austin Landis, 475 Crosspoint Pkwy., Getzville, NY 14068

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 17-10654-TPA
Holly Lynn Meier                                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: culy              Page 1 of 1             Date Rcvd: Nov 18, 2019
                               Form ID: pdf901         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
db            +Holly Lynn Meier,    465 Millburn Road,    Mercer, PA 16137-3825
             ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    Attn: Melissa E. Frantz,    475 Crosspoint Pkwy,
               Buffalo, NY  14068)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*            ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M&T Bank,    Attn: Austin Landis,    475 Crosspoint Pkwy.,
               Getzville,, NY  14068)
                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Holly Lynn Meier dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 4