CERTIFICATE OF SERVICE

I hereby certify that on <u>December 17, 2019</u> I have served a copy of this Notice of Mortgage Payment Change and all attachments, relating to claim #3, in Chapter 13 case# 17-10654 in the Western District of Pennsylvania, for debtor HOLLY MEIER, to the following:

By US Mail, postage pre paid:

Debtor:

HOLLY MEIER
465 MILLBURN RD
MERCER, PA 16137-3825

BY CM/ECF

Debtor's Attorney:

DANIEL P FOSTER, dan@mrdebtbuster.com

Trustee:

RONDA J WINNECOUR, cmecf@chapter13trusteewdpa.com

/s/Sarah Sepulveda Rios
Business Banking & Consumer Support Specialist II, M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068
(716) 529-2442