**Form 106–C**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: Holly Lynn Meier

CASE NUMBER: 17–10654–TPA

RELATED TO DOCUMENT NO:

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Notice of Mortgage Payment Change Re: Claim No. 3 of M&T Bank that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The certificate of service attached to the Notice of Mortgage Payment Change must be re–filed with a case caption, in compliance with W.PA. Local Bankruptcy Rule 9004–1.

You must file a Certificate of Service with a case caption within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Certificate of Service that is filed in response to this Notice.**

Dated this The 25th of June, 2020

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Holly Lynn Meier  
     Debtor

Case No. 17-10654-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1      User: culy      Page 1 of 1      Date Rcvd: Jun 25, 2020  
                            Form ID: 106c     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.
```
db             +Holly Lynn Meier,    465 Millburn Road,    Mercer, PA 16137-3825
              ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court: M&T Bank,    Attn: Bryant Faison, Bankruptcy Ops Spe,
                  475 Crosspoint Pkwy,    Getzville, NY  14068)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2020 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Holly Lynn Meier dan@mrdebtbuster.com,
               katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
               .com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```
                                                                                        TOTAL: 4