IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 17-10654-GLT |
| **HOLLY LYNN MEIER**, : | Chapter 13 |
| *Debtor* : | |
| **RONDA J. WINNECOUR,** : chapter 13 trustee, : | |
| *Movant*, : | |
| v. : | Related to Dkt. No. 107 |
| **NO RESPONDENTS,** : | |
| *Respondents.* : | |

**ORDER**

This matter is before the Court upon the *Trustee's Motion for Approval of Receipts and Disbursements – Plan Completed* [Dkt. No. 107]. At the time the motion was filed, Judge Thomas Agresti presided over the case and this matter was scheduled before Judge Agresti for November 9, 2022. On October 1, 2022, the case was transferred to Chief Judge Gregory Taddonio. As of the date of this *Order*, the Debtor has failed to file the certifications required to receive a discharge. Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**, that:

1. The hearing scheduled for November 9, 2022 is rescheduled to a Status Conference before Chief Judge Taddonio on **November 30, 2022** at **11:00 a.m**. in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA.

2. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties

seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person**.

Dated: October 18, 2022

GREGORY L. TADDONIO jlm
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                 Case No. 17-10654-GLT

Holly Lynn Meier                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                              User: auto                                                  Page 1 of 2

Date Rcvd: Oct 18, 2022                                    Form ID: pdf900                                 Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Holly Lynn Meier, 465 Millburn Road, Mercer, PA 16137-3825 |
| cr | ++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307 address filed with court:, M&T Bank, 475 Crosspoint Pkwy, Getzville, NY 14068 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14657422 | | Email/Text: mrdiscen@discover.com | Oct 18 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14648041 | ^ | MEBN | Oct 18 2022 23:42:54 | KML Law Group, PC, BNY Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14648042 | | Email/Text: camanagement@mtb.com | Oct 18 2022 23:44:00 | M & T Bank, One Fountain Plaza, 3rd Floor, Buffalo, NY 14203 |
| 14700122 | | Email/Text: camanagement@mtb.com | Oct 18 2022 23:44:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14678108 | | Email/PDF: cbp@onemainfinancial.com | Oct 18 2022 23:55:17 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14648043 | + | Email/PDF: cbp@onemainfinancial.com | Oct 18 2022 23:55:17 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14648572 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 18 2022 23:55:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14741580 | | Email/Text: EDBKNotices@ecmc.org | Oct 18 2022 23:44:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 14648044 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2022 23:55:34 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: pdf900 | Total Noticed: 11 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:**

**Name**　　　　　　　　**Email Address**

Brian Nicholas
　　　　on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com

Daniel P. Foster
　　　　on behalf of Debtor Holly Lynn Meier dan@mrdebtbuster.com
　　　　katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee
　　　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　　　cmecf@chapter13trusteewdpa.com

TOTAL: 4