CERTIFICATE OF SERVICE

I hereby certify that on **October 18, 2022** I have served a copy of this Notice of Mortgage Payment Change and all attachments, relating to claim # 3 , in Chapter 13 case# 17-10654 in the Western District of Pennsylvania, for debtor(s) Holly L Meier , to the following:

By US Mail, postage pre paid:

Debtor(s):

Holly L Meier
465 Millburn Rd
Mercer, PA 16137

BY CM/ECF

Debtor's Attorney:

Daniel P Foster

Trustee:

Ronda J Winnecour

FILED 22 OCT 24 PM 12:07
CLERK
U.S. BANKRUPTCY
COURT - ERIE

/s/ Austin Landis
Business Banking & Consumer Support Specialist, M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068
800-837-7694

CERTIFICATE OF SERVICE

I hereby certify that on **October 18, 2022** I have served a copy of this Notice of Mortgage Payment Change and all attachments, relating to claim # 3 , in Chapter 13 case# 17-10654 in the Western District of Pennsylvania, for debtor(s) Holly L Meier  , to the following:

By US Mail, postage pre paid:

Debtor(s):

Holly L Meier
465 Millburn Rd
Mercer, PA 16137

BY CM/ECF

Debtor's Attorney:

Daniel P Foster

Trustee:

Ronda J Winnecour

FILED
22 OCT 24 PM 12: 07
CLERK
U.S. BANKRUPTCY
COURT - ERIE

/s/ Sarah Sepulveda Rios
Business Banking & Consumer Support Specialist, M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068
800-837-7694

neopost
10/19/2022
US POSTAGE $004.95⁰
FC PKG RTL
ZIP 14228
041L12204230

US Bankruptcy Court - Western District of Pennsylvania
17 South Park Row
Bldg
Erie, PA 16501

M&T Bank
PO Box 767, Buffalo, NY 14240