Certificate Number: 03088-PAW-DE-036948531

Bankruptcy Case Number: 17-10654



03088-PAW-DE-036948531

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2022, at 3:07 o'clock PM CDT, Holly L Meier completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 2, 2022                    By:    /s/Doug Tonne

                                                      Name:  Doug Tonne

                                                      Title:   Counselor